IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW GARCIA,** | CIV S-07-2316 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS, Warden, et al.,** | |
| Respondents. | |

Respondents have requested a third 30-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE appearing, Respondent is granted an extension of time to and including April 14, 2008, in which to file a response to the petition for writ of habeas corpus. No further extensions of time will be granted but for a showing of substantial cause.

Dated: 03/21/08                    /s/ Gregory G. Hollows
                                   U.S. MAGISTRATE JUDGE

gar2316.eot(3)

[Proposed] Order

1