1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW GARCIA,

11            Petitioner,                No. CIV S-07-2316 MCE GGH P

12        vs.

13   M.S. EVANS, et al.,

14            Respondents.               ORDER

15   _____/

16            Petitioner has requested an extension of time to file a reply to respondent's

17   answer.  Good cause appearing, IT IS HEREBY ORDERED that:

18            1.  Petitioner's April 24, 2008, request for an extension of time (Docket #17) is

19   granted; and

20            2.  Petitioner is granted thirty days from the date of this order in which to file a

21   reply to the answer.

22   DATED: 05/02/08                      /s/ Gregory G. Hollows

23                                        _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
24   GGH:ja
     garc2316.111

25

26