UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GARCIA,<br><br>      Petitioner,<br><br>v.<br><br>M.S. EVANS,<br><br>      Respondent. | No. CV-07-2316 CBM<br><br>**ORDER RE: CERTIFICATE OF APPEALABILITY** |

On December 30, 2010, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the Matter.[1]

The Certificate of Appealability is **DENIED** for the following reason:

There has been no substantial showing of the denial of a constitutional right.

DATED: January 3, 2011     By _____
                                  CONSUELO B. MARSHALL
                                  UNITED STATES DISTRICT JUDGE

---

[1] The Honorable Consuelo B. Marshall of the Central District of California sitting by designation. [Docket No. 27.]

1